# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| ALEXANDER BAYONNE STROSS, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 4:23-CV-00183-TWP-KMB |
| HOMESTEAD PROPERTIES INC DBA TINY TIMBERS, | ) |
| Defendant. | ) |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Alexander Bayonne Stross ("Plaintiff"), and Defendant, Homestead Properties Inc dba Tiny Timbers ("Defendant"), by their respective counsel, having filed a Stipulation of Dismissal with Prejudice, and the Court being fully advised, hereby:

ORDERS, ADJUGES, AND DECREES that all of Plaintiff's Alexander Bayonne Stross's claims against Defendant, Homestead Properties Inc. dba Tiny Timbers, are dismissed, with prejudice to Plaintiff, at Plaintiff's costs.

Date: 10/15/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF